CHESAPEAKE & OHIO RAILWAY COMPANY v. TRUESDELL

(Decided May 22, 1931.)

ODIS W. BERTLESMAN and GALVIN & TRACY for movant.

BARBOUR & BASSMAN opposed.

PER CURIAM. Judgment for $272 in an action for overflow of plaintiff's land caused by defendant's negligence.

Appeal denied; judgment affirmed.

HARDWICK v. SIMPSON et al.

(Decided May 26, 1931.)

H. C. KENNEDY for movant.

DENTON & PERKINS opposed.

PER CURIAM. Judgment for $300.

Appeal denied; judgment affirmed.

HIGDON v. MEADOW, YOUNG & HOLT COMPANY et al.

(Decided May 26, 1931.)

VERT C. FRASER for movant.

WITHERS & LISMAN opposed.

PER CURIAM. Judgment for $250 in an action to recover a reward.

Appeal denied; judgment affirmed.